

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of E.N.J., a Child

No. 06-15-00019-CV

Appeal from the 196th District Court of Hunt County, Texas (Tr. Ct. No. 79,578). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 13, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk